Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re:<br>LeFever Mattson, a California corporation Debtor(s) | Bankruptcy Case No.: 24-10545<br>Chapter: 11 |
|---|---|
| Fidelity National Title Insurance Company Plaintiff(s)<br>vs.<br>KS Mattson Partners, LP Defendant(s) | Adversary Proceeding No. 25-01017 |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, unless otherwise ordered by the Court.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of plaintiff's attorney**

Christopher Thomas
Fidelity National Law Group
2999 Oak Road
Suite 550
Walnut Creek, CA 94597

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** November 19, 2025 | **TIME:** 11:00 AM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, 1300 Clay Street, 2nd Floor, Courtroom 215, Oakland, CA 94612 or by Zoom. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 9/16/25

Katie Rose

Case: 25-01017    Doc# 4    Filed: 09/16/25    Entered: 09/16/25 13:31:30    Page 1 of 3
Case: 25-01017    Doc# 8    Filed: 09/22/25    Entered: 09/22/25 14:52:35    Page 1 of 5

Deputy Clerk

# CERTIFICATE OF SERVICE

I, Tami Lee _____ (name), certify that service of this summons and copy of the complaint was made September 19, 2025 _____ (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

      SEE ATTACHED SERVICE LIST

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

[ ] Residence Service: By leaving the process with the following adult as:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date September 19, 2025     Signature /s/ Tami Lee
                                        Print Name: Tami Lee
                                        Business Address: 2999 Oak Road, Suite 550
                                                                Walnut Creek, CA 94597

## In re: Fidelity National Title Insurance Company v. KS Mattson Partners, LP
## U.S. Bankruptcy Court for the Northern District of California Case No. 25-01017

# SERVICE LIST

| | |
|---|---|
| **Defendant**<br>**KS Mattson Partners, LP**<br>3003 Castle Road<br>Sonoma, CA 95476<br>Tax ID / EIN: 94-3335060 | **Attorney for KS Mattson Partners, LP**<br>Erin N. Brady<br>Hogan Lovells<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>310-785-4600<br>Fax : 310-785-4601<br>Email: erin.brady@hoganlovells.com<br><br>**Attorney for KS Mattson Partners, LP**<br>Edward Joseph McNeilly<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600<br>Email: edward.mcneilly@hoganlovells.com<br><br>**Attorney for KS Mattson Partners, LP**<br>Richard L. Wynne<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>310-785-4600<br>Email: richard.wynne@hoganlovells.com |
| **Responsible Ind**<br>Robbin Itkin<br>Robbin Itkin<br>Corporate Governance Solutions<br>16350 Ventura Blvd.<br>Suite D-509<br>Encino, CA 91436<br><br>**Responsible Ind**<br>Robbin L. Itkin<br>Robbin Itkin Corporate Governance Soluti<br>16350 Ventura Blvd., Suite D-509<br>Encino, CA 91436<br>310-738-9561 | |
| **U.S. Trustee**<br>**Office of the U.S. Trustee / SR**<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | **Attorney for U.S. Trustee**<br>Jared A. Day<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509<br>(775) 784-5335<br>Email: jared.a.day@usdoj.gov |

|   | **Attorney for U.S. Trustee**<br>Deanna K. Hazelton<br>DOJ-Ust<br>2500 Tulare Street<br>Ste 1401<br>Fresno, CA 93721<br>559-487-5588<br>Email: deanna.k.hazelton@usdoj.gov<br><br>**Attorney for U.S. Trustee**<br>Phillip John Shine<br>DOJ-Ust<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>408-535-5525<br>Fax : 408-535-5532<br>Email: phillip.shine@usdoj.gov |
|---|---|