

Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

**The following constitutes the order of the Court.
Signed: October 10, 2025**

_____
**Charles Novack
U.S. Bankruptcy Judge**

*Attorneys for Defendant, KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br>LEFEVER MATTSON, a California corporation, et al.<br>Debtors.[1] | Case No. 24-10545 CN (Lead Case)<br>(Jointly Administered)<br>Chapter 11 |
| In re<br>KS MATTSON PARTNERS, LP, | Adv. Pro. No. 1:25-ap-01017 (CN) |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

1

\\4129-6267-1969 v1

|  | |
|---|---|
| Debtor.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida Corporation,<br><br>Plaintiff<br>v.<br><br>KS MATTSON PARTNERS, LP<br><br>Defendant. | **ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR KSMP TO FILE RESPONSE TO CREDITOR FIDELITY NATIONAL TITLE COMPANY'S ADVERSARY COMPLAINT FOR NON-DISCHARGEABILITY OF DEBT (11 U.S.C. § 523(a)(2))**<br><br>[No hearing required] |

The Court having reviewed and considered the *Joint Stipulation to Extend Time for KSMP to File Response to Creditor Fidelity National Title Company's Adversary Complaint for Non-Dischargeability of Debt (11 U.S.C. § 523(A)(2))* (the "Stipulation") filed by Plaintiff, Fidelity National Title Insurance Company and Defendant, KS Mattson Partners, LP ("KSMP") and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. KSMP's deadline to file a responsive pleading to the Complaint is extended from October 16, 2025 to October 31, 2025.

** END OF ORDER **

2

# COURT SERVICE LIST

ECF Parties

Mail service will be handled by counsel.