# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors.<br><br>In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida Corporation,<br><br>Plaintiff<br><br>   v.<br><br>KS MATTSON PARTNERS, LP<br><br>Defendant. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Pro. No. 1:25-ap-01017 (CN)<br><br>**CERTIFICATE OF SERVICE** |

  I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

  On October 10, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

---

[1]  The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

- **Joint Stipulation to Extend Time for KSMP to File Response to Creditor Fidelity National Title Company's Adversary Complaint for Non-Dischargeability of Debt (11 U.S.C. § 523(a)(2))** [Docket No. 9]

Dated: October 15, 2025

/s/ Hannah Bussey
Hannah Bussey
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Creditor Kyle Douglass Driver | A.O.E. Law & Associates. APC | Anthony O. Egbase, Shana Y. Stark | info@aoelaw.com; Anthony@aoelaw.com; Shana@aoelaw.com |
| Counsel to Secured Creditor Poppy Bank | Abbey, Weitzenberg, Warren & Emery, P.C. | Mitchell B. Greenberg | mgreenberg@abbeylaw.com |
| Bankruptcy Servicer For Ally Bank Lease Trust - Assignor To Vehicle Asset Universal Leasing Trust (A.K.A. "Vault") | AIS Portfolio Services, LLC | Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST") Department | ECFNotices@aisinfo.com |
| Counsel to Nationstar Mortgage LLC, Lakeview Loan Servicing, LLC, JPMorgan Chase Bank, NA, U.S. Bank NA, HSBC Bank USA, NA, & Deutsche Bank Trust Company Americas | Aldridge Pite , LLP | Christopher M. McDermott, Todd S. Garan, Asaph Abrams | ecfcanb@aldridgepite.com |
| Counsel to Oracle America, Inc. and Oracle Credit Corporation | Ballard Spahr LLP | Michael S. Myers, Sara Shahbazi | myersm@ballardspahr.com; shahbazis@ballardspahr.com |
| Counsel to C.P. Grellas Partnership, James C. Grellas, Peter C. Grellas, Paul C. Grellas, Peggy C. Slaughter | Boutin Jones Inc. | Thomas G. Mouzes, Bashar Ahmad | tmouzes@boutinjones.com; bahmad@boutinjones.com |
| Interested Party | Brooke Sample | | brookesample10@gmail.com |
| Interested Party | Carla Strickfaden | | cjstrickfaden@gmail.com |
| Committee of Unsecured Creditors | Charles Edgar | | cedgars@comcast.net |
| Counsel to Timothy J. LeFever | Coblentz, Patch, Duffy & Bass LLP | Gregg M. Ficks, Stan Roman, Fredrick C. Crombie, Franklin S. Krbechek | ef-sgr@cpdb.com; ef-gmf@cpdb.com; ef-fcc@cpdb.com; ef-fsk@cpdb.com |
| Counsel to Winside USA, Inc. | Covington & Burling LLP | Abigail V. O'Brient | aobrient@cov.com |
| Interested Party | Darryl Hayes | | Twinpop@gmail.com |
| Interested Party | David Renaud | David and Kim Renaud | 76renaud@gmail.com |
| Interested Party | Debra Dellacort | | Ddellacort@gmail.com |
| Interested Party | Dexter Quiggle | | quiggs@sbcglobal.net |
| Interested Party | Eddi Quiggle | | chefeddi@icloud.com |
| Interested Party | Edyth Kiyo Hayashi-Mack | | edymack65@sbcglobal.net |
| Counsel to Interested Parties | Embolden Law PC | Douglas B. Provencher | dbp@provlaw.com |
| Interested Party | Erin Bouayad-Agha | | erinba@gmail.com |
| Counsel to Federal Home Loan Mortgage Corporation | Federal Home Loan Mort. Corp. | Ashley Beane | ashley_beane@freddiemac.com |
| Counsel to Monley Hamlin Inc. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Thomas A. Willoughby, Mikayla E. Kutsuris | twilloughby@ffwplaw.com; mkutsuris@ffwplaw.com |
| Counsel to Kenneth W. Mattson | Fennemore | James Hill | jhill@fennemorelaw.com; chawkins@fennemorelaw.com |
| Counsel to Kenneth W. Mattson | Fennemore Craig P.C. | Micheline N. Fairbank | mfairbank@fennemorelaw.com |
| Counsel to Kenneth W. Mattson | Fennemore LLP | Mark Bostick | drapaport@fennemorelaw.com; mbostick@fennemorelaw.com |
| Counsel to Fidelity National Title Insurance Company | Fidelity National Law Group | Christopher R. Thomas | christopher.thomas@fnf.com |
| Counsel to KeyBank National Association | Frandzel Robins Bloom & Csato, L.C | Craig A. Welin, Michael J. Gomez, Gerrick M. Warrington | cwelin@frandzel.com; mgomez@frandzel.com; gwarrington@frandzel.com |
| Counsel to Creditor, California-American Water Company | Hahn & Hahn LLP | Dean G. Rallis Jr. | drallis@hahnlawyers.com |
| Committee of Unsecured Creditors | Hayes 2004 Family Trust | Bryan & Patricia Hayes | byronehaze1@yahoo.com |
| Counsel to Creditors Michael Goodman, Diana Goodman, Julian L. Delgado and Gloria E. Rezentes Delgado | Hefner, Stark & Marois, LLP | Thomas P. Griffin, Jr. | tgriffin@hsmlaw.com |
| Counsel to Creditor Citizens Business Bank | Hemar, Rousso & Heald, LLP | Christopher D. Crowell | ccrowell@hrlaw.com |
| Counsel to Debtor KS Mattson Partners, LP | Hogan Lovells US LLP | Richard L. Wynne, Erin N. Brady, Edward J. McNeilly | richard.wynne@hoganlovells.com; erin.brady@hoganlovells.com; edward.mcneilly@hoganlovells.com |
| Counsel to Debtor KS Mattson Partners, LP | Hogan Lovells US LLP | Todd M. Schwartz | todd.schwartz@hoganlovells.com |
| Interested Party | Jacob Ming & Shirley Dong | | jacobth25@gmail.com |
| Interested Party | Janet and Randy Marlette | | Jlmakamama@yahoo.com |
| Interested Party | Janice Conrad | | janiceconradsemail@gmail.com |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Creditor Duggan's Mission Chapel and Amanda Henry, as Trustee of the Fran Bragg Revocable Trust & Umpqua Bank | Jeffer Mangels Butler & Mitchell LLP | Bennett G. Young, Robert B. Kaplan, Thomas M. Geher | byoung@jmbm.com; rkaplan@jmbm.com; rbk@jmbm.com; tgeher@jmbm.com |
| Interested Party | Jill Hayes | | jdhayes2@gmail.com |
| Interested Party | Jillian Fitzgerald | | gojillianfitz@gmail.com |
| Interested Party | John Criv | | johncriv@yahoo.com |
| Counsel to the Debtors and Debtors in Possession | Keller Benvenutti Kim LLP | Tobias S. Keller, David A. Taylor, Thomas B. Rupp | tkeller@kbkllp.com; dtaylor@kbkllp.com; trupp@kbkllp.com |
| Interested Party | Kim Renaud | | renaudd6@aol.com |
| Counsel to Secured Creditor Susan Leeming, Administrator of the Estate of James Walker and Creditors Daniel and Mary Goff, Laura O'Connor, Dana Goff, Kristianne Goff, Bradley and Lori Olson, Steven and Carol Hines | Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. | Eric A. Nyberg, Chris D.Kuhner, Sarah L. Little | e.nyberg@kornfieldlaw.com; c.kuhner@kornfieldlaw.com; s.little@kornfieldlaw.com |
| Interested Party | Kristin Torstenbo | | kristinhayes18@gmail.com |
| Counsel to Secured Creditors Visio International, Inc. and Y. Tito Sasaki and Janet L. Sasaki Trust | Law Office of Benjamin R. Levinson | A Professional Corporation | ben@benlevinsonlaw.com |
| Countel to Ruth Tillman, et al. | Law Office of Michael C. Fallon | Michael C. Fallon, Michael C. Fallon, Jr. | mcfallon@fallonlaw.net; fallonmc@fallonlaw.net |
| Counsel to Kenneth Mattson | Law Office of Ruth Auerbach | Ruth Elin Auerbach | Ruth.auerbach.esq@gmail.com |
| Counsel to Denise Ebbett, Successor Trustee of the Fisher Family Trust and as Attorney-in Fact for Virginia Fisher | Law Office of Wayne A. Silver | Wayne A. Silver | ws@waynesilverlaw.com |
| Counsel to Creditor ReProp Financial Mortgage Investors, LLC | Law Offices of Mark J. Romeo, PC | Mark J. Romeo | mark@markromeolaw.com |
| Counsel to Ravindra Ambatipudi | Law Offices of Stuppi & Stuppi | Sarah M. Stuppi | sarah@stuppilaw.com |
| Secured Lender | Leland McAbee , Teresa McAbee | | terimcabee@aol.com; lelandmcabee1@gmail.com |
| Secured Lender | Leland McAbee, Plaintiff | John S. Cha | JCha@jmbm.com |
| Counsel to Serene Investment Management LLC, as DIP Lender & FTI Consulting, Inc. | Loeb & Loeb LLP | Lance N. Jurich, Bernard R. Given II | ljurich@loeb.com; bgiven@loeb.com |
| Counsel to Serene Investment Management LLC, as DIP Lender | Loeb & Loeb LLP | Vadim J. Rubinstein | vrubinstein@loeb.com |
| Counsel to Secured Creditor JPMorgan Chase Bank, N.A. | Lubin Olson & Niewiadomski LLP | Mia S. Blackler | mblackler@lubinolson.com |
| Committee of Unsecured Creditors | Lull Family Living Revocable Trust | Richard Lull | richard@picolull.com |
| Committee of Unsecured Creditors | Manfred K. Fischer Trust | Michaela M. Katari | kkatari@gmail.com |
| Interested Party | Mark Torstenbo | Mark and Kristin Torstenbo | motorstenbo@gmail.com |
| Interested Party | Matt Treger | | matt.treger@gmail.com |
| Counsel to AmTrust North America, Inc.on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Counsel to Ally Bank Lease Trust | McCarthy & Holthus, LLP | JaVonne M. Phillips, Jennifer C. Wong | jwong@mccarthyholthus.com |
| Counsel to Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 | McDermott Will & Emery LLP | Charles R. Gibbs, Eric C. Seitz | crgibbs@mwe.com; eseitz@mwe.com |
| Counsel to Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 | McDermott Will & Emery LLP | Jason D. Strabo | jstrabo@mwe.com |
| Committee of Unsecured Creditors | Mullin Family Trust | John & Kathleen Mullin | dadzboss@sbcglobal.net; mullineight@sbcglobal.net |
| Interested Party | Odette Mittone | | omittone@yahoo.com |
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | phillip.shine@usdoj.gov |

In re LeFever Mattson, a California corporation, et al.,
Case No. 24-10545 (CN)    Case: 25-01017    Doc# 11    Filed: 10/15/25    Page 2 of 5    Entered: 10/15/25 09:54:53    Page 5 of 9

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | jared.a.day@usdoj.gov |
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | deanna.k.hazelton@usdoj.gov |
| Counsel to Reprop Financial Mortgage Investors, LLC | Owens & Ross | Dustin E. Owens | dustin.owens@gmail.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen, Jason H. Rosell, John D. Fiero, Brooke E. Wilson | dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; bwilson@pszjlaw.com |
| Countel to Ruth Tillman, et al. | Perry, Jonson, Anderson, Miller & Moskowitz, LLP | Isaac M. Gradman, Michael E. Tracht, Alexander A. Wiegel | gradman@perrylaw.net; tracht@perrylaw.net; wiegel@perrylaw.net |
| Counsel to Anne Prisco and Stephen Sergi | Raines Feldman Littrell LLP | Kyra E. Andrassy | kandrassy@raineslaw.com |
| Interested Party | Ray Muscat | | sanocat@sbcglobal.net |
| Counsel to Federal Home Loan Mortgage Corporation | Reed Smith LLP | Marsha A. Houston, Shayna A. Jackson | mhouston@reedsmith.com; sjackson@reedsmith.com |
| Counsel to Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak, Devan J. Dal Col | pmoak@reedsmith.com; ddalcol@reedsmith.com |
| Counsel to Interested Parties Nick Thom and Linda Thom | Robberson Schroedter LLP | Maggie E. Schroedter, Lane C. Hilton | maggie@theRSfirm.com; lane@theRSfirm.com; ECF@theRSfirm.com; 5030583420@filings.docketbird.com; michelle@theRSfirm.com |
| Counsel to Wilmington Savings Fund Society, FSB, Wells Fargo, NA, & The Bank of New York Mellon | Robertson, Anschutz, Schneid & Crane LLP | David Coats | dacoats@raslg.com |
| Counsel to Wilmington Savings Fund Society, FSB, Wells Fargo, NA, & The Bank of New York Mellon | Robertson, Anschutz, Schneid & Crane LLP | | dacoats@raslg.com |
| Interested Party | Ross and Marilyn Torstenbo | | rosstorstenbo@gmail.com; r-mtorstenbo@msn.com |
| Interested Party | Sara Ganyo | | sjganyo@gmail.com |
| Counsel to Elizabeth H. Talley and Michael M. Talley | Shartsis, Friese LLP | Ivo Keller | ikeller@sflaw.com |
| Interested Party | Shelley Morse | | shelleyamorse@comcast.net |
| Counsel to Socotra Capital, Inc. | Sheppard, Mullin, Richter & Hampton LLP | Jeannie Kim | jekim@sheppardmullin.com |
| Counsel to Socotra Capital, Inc. | Sheppard, Mullin, Richter & Hampton LLP | Theodore A. Cohen, Caroline Sischo | tcohen@sheppardmullin.com; csischo@sheppardmullin.com |
| Counsel to Creditor California Bank of Commerce | Snell & Wilmer LLP | Eric S. Pezold, Andrew B. Still | epezold@swlaw.com; astill@swlaw.com |
| Counsel to Matt Treger | Spencer Fane LLP | Catherine Schlomann Robertson | Crobertson@spencerfane.com |
| Counsel to Unlisted Creditor Graham Reid | Stephen T. Cammack Law Offices | Stephen T. Cammack | cammacklawoffice@gmail.com |
| Counsel to Creditors Anne Gockel & Kieth Gockel | Sullivan Blackburn Pratt, LLP | Christopher D. Sullivan, Roxanne Bahadurji | csullivan@sullivanblackburn.com; rbahadurji@sullivanblackburn.com |
| Committee of Unsecured Creditors | The Anderson 2001 Revocable Trust | Graham & Teresa Anderson | graham@sezame.com; teresaanderson@outlook.com |
| Counsel for Bank of America, N.A. | Tiffany & Bosco | Chad L. Butler | clb@tblaw.com |
| Interested Party | Tim and Patty Thomas | | timandpatty@comcast.net |
| Attorney for Tri Counties Bank | Tri Counties Bank, Legal Department | Mark H. Atkins, Bruce L. Belton, Martha Evensen Opich | legalservices@tcbk.com |
| Committee of Unsecured Creditors | Umbriac & Tubley Family Trust | Mae Umbriac & Andrew Tubley | ridell@dpf-law.com |
| Committee of Unsecured Creditors & Interested Party | Walter Schenk | | walter.schenk@comcast.net |
| Counsel to Wondra, et al. | Wondra, et al. | Kronick Moskovitz Tiedemann & Girard | gherrera@kmtg.com |
| Interested Party | Wynne & Ben Coughtry | | wynneandben@gmail.com |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Creditor Kyle Douglass Driver | A.O.E. Law & Associates. APC | Anthony O. Egbase, Shana Y. Stark | 800 W. 1st Street, Suite 400 | | | Los Angeles | CA | 90012 |
| Secured Lender | Bank of America | | PO Box 660861 | | | Dallas | TX | 75266-0861 |
| Creditor Bank of America, N.A. | Bank of America N.A. | | PO Box 31785 | | | Tampa | FL | 33631-3785 |
| Secured Lender | Butcher Road Partners LLC | | 6359 Auburn Blvd. | Suite B | | Citrus Heights | CA | 95621 |
| Office of the California Attorney General | California Attorney General | Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Secured Lender | California Bank of Commerce | | 2999 Oak Rd Ste 210 | | | Walnut Creek | CA | 94597-2052 |
| Secured Lender | CHASE BANK | | P.O. Box 650528 | | | Dallas | TX | 75265-0528 |
| Secured Lender | Citizens Business Bank | | PO Box 3938 | | | Ontario | CA | 91761 |
| Counsel to Timothy J. LeFever | Coblentz, Patch, Duffy & Bass LLP | Gregg M. Ficks, Stan Roman, Fredrick C. Crombie, Franklin S. Krbechek | One Montgomery Street, Suite 3000 | | | San Francisco | CA | 94104-5500 |
| Secured Lender | Comerica | | PO Box 641618 | | | Detroit | MI | 46264-1618 |
| Secured Lender | Duggans Memorial Chapel | Law Offices of Gregory E. Stubbs | 747 Appleton Way | | | Sonoma | CA | 95476-7247 |
| Secured Lender | Exchange Bank | | 1420 Rocky Ridge Dr Ste 190 | | | Roseville | CA | 95661 |
| Counsel to Federal Home Loan Mortgage Corporation | Federal Home Loan Mort. Corp. | Ashley Beane | Litigation & Asset Resolution Legal Division | 8200 Jones Branch Dr. | | McLean | VA | 22102 |
| Counsel to Monley Hamlin Inc. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Thomas A. Willoughby, Mikayla E. Kutsuris | 500 Capitol Mall, Suite 2250 | | | Sacramento | CA | 95814 |
| Counsel to Kenneth W. Mattson | Fennemore Craig P.C. | Micheline N. Fairbank | 7800 Rancharrah Parkway | | | Reno | NV | 89704 |
| Counsel to Fidelity National Title Insurance Company | Fidelity National Law Group | Christopher R. Thomas | 2999 Oak Road, Suite 550 | | | Walnut Creek | CA | 94597 |
| Counsel to Creditor Fidelity National Title Insurance Company | Fidelity National Title Insurance Company | Jonathan Gass | 2533 N 117th Avenue | | | Omaha | NE | 68164 |
| Secured Lender | Frank Bragg Revocable Trust | Mandy Mary Henry | 2261 Taylor Mountain Pl | | | Santa Rosa | CA | 95404 |
| Secured Lender | Frank Bragg Revocable Trust | Maxine Bragg | 931 Maxwell St | | | Healdsburg | CA | 95448 |
| Secured Lender | Frank Bragg Revocable Trust | Nancy Bragg | 1708 St. Anthony Way | | | Santa Rosa | CA | 95404 |
| Secured Lender | Greystone Servicing Corporation, Inc | | PO Box 281163 | | | Atlanta | GA | 30384-1163 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Interested Party | Janice Conrad | | 3122 Somerset Avenue | | | Castro Valley | CA | 94546 |
| Counsel to Creditor ReProp Financial Mortgage Investors, LLC | Law Offices of Mark J. Romeo, PC | Mark J. Romeo | 1970 Broadway, Suite 1270 | | | Oakland | CA | 94612 |
| Secured Lender | Leland McAbee | | 525 Burr Oak Court | | | Vacaville | CA | 95688 |
| Secured Lender | Leland McAbee, Plaintiff | John S. Cha | Jeffer Mangels Butler & Mitchell LLP | 3 Park Plaza | Suite 1100 | Irvine | CA | 92614-2592 |
| Counsel to AmTrust North America, Inc.on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | 23611 Chagrin Blvd., Suite 207 | | | Beachwood | OH | 44122 |
| Secured Lender | Michael & Ana Cavanaugh | | 625 Holly Dr | | | Sebring | FL | 33876 |
| Secured Lender | Mr Cooper | | PO Box 60516 | | | City of Industry | CA | 91716-0516 |
| Secured Lender | Napa Elm, LP | | 6359 AUBURN BLVD STE B | | | CITRUS HEIGHTS | CA | 95621 |
| Secured Lender | Needleman/Hayes Family Trust | | 1250 Ferrelo Rd | | | Santa Barbara | CA | 93103 |
| Secured Lender | NexBank | | 2515 McKinney Ave Ste 1100 | | | Dallas | TX | 75201 |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Reprop Financial Mortgage Investors, LLC | Owens & Ross | Dustin E. Owens | 1118 6th Street | | | Eureka | CA | 95501 |
| Countel to Ruth Tillman, et al. | Perry, Jonson, Anderson, Miller & Moskowitz, LLP | Isaac M. Gradman, Michael E. Tracht, Alexander A. Wiegel | 438 1st Street, 4th Floor | | | Santa Rosa | CA | 95401 |
| Secured Lender | PHH Mortgage Services | | PO Box 5452 | | | Mount Laurel | NJ | 08054 |
| Secured Lender | Poppy Bank | | 438 First St | | | Santa Rosa | CA | 95401 |
| Counsel to Anne Prisco and Stephen Sergi | Raines Feldman Littrell LLP | Kyra E. Andrassy | 3200 Park Center Drive, Suite 250 | | | Costa Mesa | CA | 92626 |
| Secured Lender | Ronald Hodges | | 771 Oak Ln | | | Sonoma | CA | 95476 |
| Secured Lender | Select Portfolio Servicing, Inc. | | PO Box 65450 | | | Salt Lake City | UT | 84165-0450 |
| Secured Lender | Serene Investments LLC | | 2625 Alcatraz Ave., Suite 513 | | | Berkely | CA | 94705 |
| Secured Lender | Shellpoint Mortgage Servicing | | PO Box 650840 | | | Dallas | TX | 75265-0840 |
| Secured Lender | Socotra Capital | | 2208 29th Street | Ste 100 | | Sacramento | CA | 95817 |
| Counsel to Matt Treger | Spencer Fane LLP | Catherine Schlomann Robertson | 225 W. Santa Clara St., Suite 1500 | | | San Jose | CA | 95113 |
| Counsel for Bank of America, N.A. | Tiffany & Bosco | Chad L. Butler | 1455 Frazee Road, Suite 820 | | | San Diego | CA | 92108 |
| Interested Party | Tim and Patty Thomas | | 215 Creekside St | | | Cloverdale | CA | 95425 |
| Secured Lender | Tri Counties Bank | | PO Box 909 | | | Chico | CA | 95927 |
| Attorney for Tri Counties Bank | Tri Counties Bank, Legal Department | Mark H. Atkins, Bruce L. Belton, Martha Evensen Opich | Post Office Box 992570 | | | Redding | CA | 96099-2570 |
| Committee of Unsecured Creditors | Umbriac & Tubley Family Trust | Mae Umbriac & Andrew Tubley | 1500 First Street, Suite 200 | | | Napa | CA | 94559 |
| Secured Lender | Umpqua Bank | | PO Box 1580 | | | Roseburg | OR | 97470-0367 |
| Secured Lender | Virginia Ghilarducci Trustee | | 19130 Ola Court | | | Sonoma | CA | 95476 |
| Secured Lender | Wells Fargo Home Mortgage | Attn: Credit Bureau Disputes | Home Mortgage | PO Box 10335 | | Des Moines | IA | 50306 |
| Secured Lender | Wells Fargo Wholesale Lockbox | | PO Box 60253 | | | Charlotte | NC | 28260-0253 |
| Secured Lender | Y. Tito Sasaki, Trustee & Janet L. Sasaki, Trustee & Visio International, Inc. | | PO BOX 200 | | | VINEBURG | CA | 95487 |