Christopher R. Thomas, Esq. (SBN 262204)
**FIDELITY NATIONAL LAW GROUP**
2999 Oak Road, Suite 550
Walnut Creek, CA 94597
Telephone: (925) 817-3718
Facsimile: (925) 930-9588
Email: christopher.thomas@fnf.com

Attorney for Plaintiff
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, a Florida corporation

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>LEFEVER MATTSON, a California corporation, et al.,<br><br>Debtor.<br><br>In re<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation<br><br>Plaintiff,<br>v.<br><br>KS MATTSON PARTNERS, LP;<br><br>Defendant. | Bankruptcy Case No.: 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No.: 25-01017<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>JURY TRIAL WAIVED |

1

*FNTIC v. KS MATTSON PARTNERS, LP*//Bankruptcy Case No. 24-10545/Adv. Proc. No.
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Case: 25-01017    Doc# 12    Filed: 10/24/25    Entered: 10/24/25 14:57:28    Page 1 of 2

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation, gives notice that the above-captioned Adversary Proceeding No. 25-01017 is voluntarily dismissed without prejudice against Defendant KS MATTSON PARTNERS, LP.

Dated: October 24, 2025

FIDELITY NATIONAL LAW GROUP

BY: _____
Christopher R. Thomas, Esq.
Attorneys for Plaintiff
FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation

2
*FNTIC v. KS MATTSON PARTNERS, LP*//Bankruptcy Case No. 24-10545/Adv. Proc. No. 25-01017
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Case: 25-01017   Doc# 12   Filed: 10/24/25   Entered: 10/24/25 14:57:28   Page 2 of 2